FILED: KINGS COUNTY CLERK 05/26/2017 03:09 PM
NYSCEF DOC. NO. 2

INDEX NO. 508220/2017
RECEIVED NYSCEF: 05/26/2017

Form 27 - AFFIDAVIT OF SERVICE

Valerie



**GOIDEL & SIEGEL LLP**   Farimah Ghaffari
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

IRA BROWN
                                                    PLAINTIFF
                        - vs -

XYZ CORP. D/B/A MIDNIGHT FLEET, ETANO
                                                    DEFENDANT

index No. 508220/2017
Date Filed
Office No. **NY**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**JACQUELINE WOS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **22ND** day of **MAY, 2017 4:57PM** at
   **2600 EMMONS AVENUE**
   **BROOKLYN NY 11235**
I served a true copy of the **NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING SUPREME COURT CASES, SUMMONS AND COMPLAINT** upon **XYZ CORP. D/B/A MIDNIGHT FLEET** the **DEFENDANT** therein named by delivering to, and leaving personally with **CHRIS JERRY , AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **BLACK** HAIR: **BLACK**
APP.AGE: **40** APP. HT: **6'1** APP. WT: **200**
OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
24TH day of MAY, 2017

*(signature)*
ADAM J. CALEB
Notary Public, State of New York
No. 01CA6334048
Qualified in ORANGE COUNTY
Commission Expires 12/07/2019

*(signature)*
JACQUELINE WOS DCA LIC #2034482
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-GS-726040

1 of 1

FILED: KINGS COUNTY CLERK 06/02/2017 11:45 AM
NYSCEF DOC. NO. 4

INDEX NO. 508220/2017
RECEIVED NYSCEF: 06/02/2017

Form 2 - AFFIDAVIT OF SERVICE                                       Valerie   

| GOIDEL & SIEGEL LLP    Farimah Ghaffari | |
|---|---|
| SUPREME COURT KINGS COUNTY STATE OF NEW YORK | Index No. 508220/2017 |
| IRA BROWN                          PLAINTIFF | Date Filed |
|                                              | Office No. **NY** |
|                 - vs -                       | Court Date. |
| XYZ CORP. D/B/A MIDNIGHT FLEET, ETANO         |   |
|                                   DEFENDANT  |   |

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JACQUELINE WOS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **26TH** day of **MAY 2017, 11:57AM** at
**2600 EMMONS AVENUE**
**BROOKLYN NY 11235**
I served the **NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING SUPREME COURT CASES, SUMMONS AND COMPLAINT**
upon **JEFFREY NAGLER**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **"JOHN SMITH" (REFUSE FULL NAME), CO-WORKER**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN/GREY**
APP.AGE: **60** APP. HT: **6'**   APP. WT: **210**
OTHER IDENTIFYING FEATURES

On **05/30/2017** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the **DEFENDANT** was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
30TH day of MAY, 2017

ADAM J. CALEB
Notary Public, State of New York
No. 01CA6334048
Qualified in ORANGE COUNTY
Commission Expires 12/07/2019

JACQUELINE WOS DCA LIC #2034482
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-GS-726039