Case 2:18-cv-02727-AMD-SMG   Document 11-5   Filed 11/27/18   Page 1 of 32 PageID #: 93

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X

IRA BROWN,

Index No.: 508220/2017

Plaintiff,

**NOTICE OF MOTION**

-against-

XYZ CORP. d/b/a MIDNIGHT FLEET and
JEFFREY NAGLER,

Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Farimah S. Ghaffari,

Esq., dated August 29, 2017, the exhibits annexed hereto and upon all other proceedings heretofore

had in this action, the undersigned attorney for the plaintiff, IRA BROWN (hereinafter referred to

as the "Plaintiff"), will move this Court in the Default Judgement Motion Part in Room 296, at the

Courthouse located at 360 Adams Street, Brooklyn, New York, on September 26, 2017 at 09:45

A.M., or as soon thereafter as counsel may be heard for an order (i) pursuant to CPLR §3215,

entering judgment by default against defendants XYZ CORP. d/b/a MIDNIGHT FLEET and

JEFFREY NAGLER. and scheduling an inquest on the issue of damages; and (ii) for such other

and further relief as to the Court deems just and proper.

Dated: New York, New York
        August 29, 2017

Yours, etc.

GOIDEL & SIEGEL, LLP

By: _____
        Farimah S. Ghaffari, Esq.
        *Attorneys for Plaintiff*
        56 West 45th Street, Third Floor
        New York, New York 10036
        (212) 840-3737

Case 2:18-cv-02727-AMD-SMG   Document 11-5   Filed 11/27/18   Page 2 of 32 PageID #: 94
INDEX NO. 508920/2017
RECEIVED NYSCEF: 08/29/2017

To:

**XYZ Corp. d/b/a Midnight Fleet**
2600 Emmons Avenue
Brooklyn, New York 11235

**Jeffrey Nagler**
2840 Ocean Parkway, Apt. 1F
Brooklyn, NY 11224

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X

IRA BROWN,

Index No.: 508220/2017

                      Plaintiff,

**AFFIRMATION**

   -against-

XYZ CORP. d/b/a MIDNIGHT FLEET and
JEFFREY NAGLER.,

                      Defendants.
-----------------------------------------------------------------------X

      FARIMAH S. GHAFFARI, an attorney duly admitted to practice law in the courts of the

State of New York, affirms the following facts under penalty of perjury:

      1.     I am an associate of Goidel & Siegel, LLP, attorneys for the plaintiff, IRA BROWN

(hereinafter referred to as "Plaintiff").

      2.     I respectfully submit this affirmation in support of Plaintiff's motion for an order,

pursuant to CPLR §3215, granting judgment by default against defendants XYZ CORP. d/b/a

MIDNIGHT FLEET ("MIDNIGHT") and JEFFREY NAGLER ("NAGLER") (hereinafter

collectively referred to as the "Defendants"), and scheduling an inquest on the issue of damages.

      3.     On August 24, 2016, while lawfully inside a boat known as Captain Midnight (the

"Location"), owned by the Defendants and located at 2600 Emmons Avenue, Brooklyn, New

York, Plaintiff was caused to fall as a result of a dangerous condition which was created,

maintained, inspected and repaired by Defendants.

      4.     Due to Defendants' negligence in the maintenance, inspection, and repair of the

Location, Plaintiff sustained severe, permanent, and long lasting injuries, including but not limited

to displaced bimalleolar fracture of lower leg requiring surgery.

5.     On April 27, 2017, this action was commenced by the filing of a summons and complaint with the court. A copy of the same is annexed hereto as **Exhibit A**.

6.     Defendant MIDNIGHT was served with the Summons and Complaint on May 22, 2017. Defendant NAGLER was served with the Summons and Complaint on May 26, 2017. A copy of the affidavits of service are collectively annexed hereto as **Exhibit B**.

7.     More than thirty days have elapsed since Defendants were served with the summons and complaint in this action, and no answer from them has been received.

8.     On July 7, 2017 and August 7, 2017, Plaintiff mailed additional copies of the summons and complaint to the Defendants, accompanied by the appropriate notice of the earlier service. A copy of the additional mailing of Summons and Complaint is annexed hereto as **Exhibit C**.

9.     To date, Defendants have failed and refused to interpose an answer to Plaintiff's complaint. Likewise, they have not contacted Plaintiff or his counsel to request an extension of time to answer, nor has any such extension been granted.

10.    Accordingly, Defendants have defaulted in this action and, for the foregoing reasons, it is respectfully requested that the Court enter a judgment by default and schedule an inquest on the issue of damages.

**WHEREFORE**, it is respectfully requested that the foregoing motion be granted in its entirety and for such other and further relief as to the Court deems just and proper.

Dated: New York, New York
       August 29, 2017

Farimah S. Ghaffari, Esq.

Case 2:18-cv-02727-AMD-SMG   Document 11-5   Filed 11/27/18   Page 5 of 32 PageID #: 97

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------------X

IRA BROWN,                                                          Index No.: 508220/2017

                                    Plaintiff,

                                                                    **CERTIFICATION**

      -against-

XYZ CORP. d/b/a MIDNIGHT FLEET and
JEFFREY NAGLER,

                                    Defendants.
--------------------------------------------------------------------X

     I hereby certify that all of the papers that I have served, filed or submitted to the court in this action are not frivolous as defined in subsection (c) of Section 130-1.1 of the Rules of the Chief Administrator of the Courts.

Dated: New York, New York
     August 29, 2017

                                        Farimah S. Ghaffari, Esq.

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM          INDEX NO. 508220/2017
NYSCEF DOC. NO. 6                                        RECEIVED NYSCEF: 08/29/2017

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

     FARIMAH S. GHAFFARI, an attorney duly admitted to practice in the courts of the State of New York, affirms under penalties of perjury that:

     Deponent is not a party to the action, is over 18 years of age, and resides in Nassau County, New York.

     On August 29, 2017, deponent served the within MOTION FOR DEFAULT JUDGMENT upon:

**XYZ Corp. d/b/a Midnight Fleet**
2600 Emmons Avenue
Brooklyn, New York 11235

**Jeffrey Nagler**
2840 Ocean Parkway, Apt. 1F
Brooklyn, NY 11224

by depositing true copies of the same enclosed in properly addressed, post-paid wrappers, by regular mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Farimah S. Ghaffari, Esq.

Case 2:18-cv-02727-AMD-SMG   Document 11-5   Filed 11/27/18   Page 7 of 32 PageID #: 99

# EXHIBIT A

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM
NYSCEF DOC. NO. 1                                    INDEX NO. 508220/2017
                                                    RECEIVED NYSCEF: 08/29/2017

FILED: KINGS COUNTY CLERK 04/27/2017 11:28 AM
NYSCEF DOC. NO. 1                                    INDEX NO. 508220/2017
                                                    RECEIVED NYSCEF: 04/27/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

| | |
|---|---|
| IRA BROWN, | Index No.: |
| Plaintiff, | Date purchased: |
| -against- | **SUMMONS** |
| | Plaintiff designates Kings County as the place of trial |
| XYZ CORP. d/b/a MIDNIGHT FLEET and JEFFREY NAGLER, | The basis of venue is Plaintiff's residence |
| Defendants. | Plaintiff resides at 4373 Bedford Avenue Brooklyn, New York |

To the above-named Defendants:

**YOU ARE HEREBY SUMMONED** to answer, or, if the complaint is not served with this summons, to serve notice of appearance, on the Plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: April 27, 2017

Defendants' address:

XYZ Corp. d/b/a Midnight Fleet
2600 Emmons Avenue
Brooklyn, NY 11235

Jeffrey Nagler
2600 Emmons Avenue
Brooklyn, NY 11235

Farimah S. Ghaffari, Esq.
**GOIDEL & SIEGEL, LLP**
Attorneys for Plaintiff
56 West 45th Street, Third Floor
New York, New York 10036
Tel No.: (212) 840-3737

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM    INDEX NO. 508220/2017
NYSCEF DOC. NO. 1                                RECEIVED NYSCEF: 08/29/2017

FILED: KINGS COUNTY CLERK 04/27/2017 11:28 AM    INDEX NO. 508220/2017
NYSCEF DOC. NO. 1                                RECEIVED NYSCEF: 04/27/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
IRA BROWN,                                        Index No.:

                          Plaintiff,

                                 **COMPLAINT**

     -against-

XYZ CORP. d/b/a MIDNIGHT FLEET and
JEFFREY NAGLER,

                        Defendants.
-------------------------------------------------------------------X

       Plaintiff, IRA BROWN ("Plaintiff"), by his attorneys, Goidel & Siegel, LLP, for his

complaint against Defendants, XYZ CORP. d/b/a MIDNIGHT FLEET and JEFFREY NAGLER

(hereinafter collectively referred to as the "Defendants"), respectfully alleges as follows:

1.    On August 24, 2016, Plaintiff was a resident of the State of New York, residing at 4373

      Bedford Avenue, Brooklyn, New York.

2.    On August 24, 2016, upon information and belief, XYZ CORP. d/b/a MIDNIGHT

      FLEET was the owner of Captain Midnight, (the "Location") located at 2600 Emmons

      Avenue, Brooklyn, New York.

3.    On August 24, 2016, upon information and belief, JEFFREY NAGLER was the owner

      of Location.

4.    On August 24, 2016, Plaintiff was lawfully inside the Location.

**FIRST CAUSE OF ACTION AGAINST DEFENDANTS**

5.    Plaintiff repeats and reiterates the allegations set forth in paragraphs "1" through "4"

      with the same force and effect as if each was fully set forth herein.

6.    On August 24, 2016, while lawfully inside the Location, Plaintiff was caused to fall

      ("the Incident") as a result of a dangerous condition ("the Defect") existing on a

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM
INDEX NO. 508220/2017
RECEIVED NYSCEF: 08/29/2017

NYSCEF DOC. NO. 1

FILED: KINGS COUNTY CLERK 04/27/2017 11:28 AM
INDEX NO. 508220/2017
RECEIVED NYSCEF: 04/27/2017

staircase ("the Staircase") of the Location.

7. The incident occurred solely as a result of the Defect.

8. Defendants were responsible for the care, maintenance, repair, and control of the Location, inclusive of the Staircase.

9. Defendants failed to properly care for, maintain, repair, and control the Location, inclusive of the Staircase.

10. On August 24, 2016, Defendants had prior notice of the Defect.

11. On August 24, 2016, Defendants failed to remedy and/or repair the Defect of which they had prior notice.

12. Defendants' failure to properly and adequately remedy and/or repair the Defect, of which they had prior notice, was negligent.

13. On or before August 24, 2016, Defendants caused and/or created the Defect.

14. On August 24, 2016, Defendants failed to remedy and/or repair the Defect that they caused and/or created.

15. Defendants' failure to properly and adequately remedy and/or repair the Defect they caused and/or created was negligent.

16. As a result of Defendants' negligence, Plaintiff sustained severe, serious and permanent injuries.

17. As a result of the incident caused by Defendants' negligence, without any contributory negligence on the part of Plaintiff, Defendants are liable to Plaintiff in an amount in excess of the jurisdictional limits of all inferior courts plus interest, costs, and disbursements.

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM   INDEX NO. 508220/2017
NYSCEF DOC. NO. 1   RECEIVED NYSCEF: 08/29/2017

FILED: KINGS COUNTY CLERK 04/27/2017 11:28 AM   INDEX NO. 508220/2017
NYSCEF DOC. NO. 1   RECEIVED NYSCEF: 04/27/2017

**WHEREFORE**, Plaintiff demands judgment against Defendants on first cause of action for an amount of damages in excess of the jurisdictional limit of all inferior trial courts of this State, plus interest, costs and disbursements, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
     April 27, 2017

                    Yours, etc.,

                    **GOIDEL & SIEGEL, LLP**

                    By: Farimah S. Ghaffari, Esq.
                    GOIDEL & SIEGEL, LLP
                    Attorneys for Plaintiff
                    Office and Post Office Address
                    56 West 45th Street, 3rd Floor
                    New York, New York 10036
                    (212) 840-3737

Case 2:18-cv-02727-AMD-SMG   Document 11-5   Filed 11/27/18   Page 12 of 32 PageID #: 104

Index No. _____      Year _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

IRA BROWN,

                                    Plaintiff,

       -against-

XYZ CORP. d/b/a MIDNIGHT FLEET and JEFFREY NAGLER,

                                    Defendants.

---

SUMMONS & COMPLAINT

---

**GOIDEL & SIEGEL, LLP**
Attorney(s) for    **PLAINTIFF**
Office and post Office Address, Telephone
**56 WEST 45th STREET**
**NEW YORK, NEW YORK 10036**
**(212) 840-3737**
**FAX: (212) 840-3793**

---

To
Attorney(s) for

---

Service of copy of the within               **is hereby admitted.**
Dated,

          Attorney(s) for              ...........................

---

      Sir: Please take notice

☐  *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on            19

☐  *NOTICE OF SETTLEMENT*
that an order                      of which the within is s true copy will be presented for
settlement to the HON.                                  one of the judges

of the within named Court, at
on the          day of                  at        M.

Dated,

                            Yours, etc.
                     **GOIDEL & SIEGEL, LLP**
             Attorney(s) for
             Office and post Office Address, Telephone
                  **56 WEST 45th STREET**
                 **NEW YORK, NEW YORK 10036**
To                         **(212) 840-3737**
                  **FAX: (212) 840-3793**
Attorney(s) for

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM INDEX NO. 508195/2017
NYSCEF DOC. NO. 8 RECEIVED NYSCEF: 08/29/2017

# EXHIBIT B

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM
NYSCEF DOC. NO. 2

FILED: KINGS COUNTY CLERK 05/26/2017 03:09 PM
NYSCEF DOC. NO. 2

INDEX NO. 508220/2017
RECEIVED NYSCEF: 08/29/2017

INDEX NO. 508220/2017
RECEIVED NYSCEF: 05/26/2017

Form 27 - AFFIDAVIT OF SERVICE

Valerie

P726040

**GOIDEL & SIEGEL LLP**   Farimah Ghaffari
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

IRA BROWN

                  **PLAINTIFF**

- vs -

XYZ CORP. D/B/A MIDNIGHT FLEET, ETANO

                  **DEFENDANT**

index No. 508220/2017
Date Filed
Office No. **NY**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK   :SS:

**JACQUELINE WOS**  being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **22ND** day of **MAY, 2017 4:57PM** at

    **2600 EMMONS AVENUE**
    **BROOKLYN NY 11235**
I served a true copy of the **NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING SUPREME COURT CASES, SUMMONS AND COMPLAINT** upon **XYZ CORP. D/B/A MIDNIGHT FLEET** the **DEFENDANT** therein named by delivering to, and leaving personally with **CHRIS JERRY , AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **BLACK** HAIR: **BLACK**

APP.AGE: **40** APP. HT: **6'1** APP. WT: **200**

OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
24TH day of MAY, 2017

ADAM J. CALEB
Notary Public, State of New York
No. 01CA6334048
Qualified in ORANGE COUNTY
Commission Expires 12/07/2019

JACQUELINE WOS DCA LIC #2034482
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-GS-726040

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM   INDEX NO. 508220/2017
NYSCEF DOC. NO. 4                                RECEIVED NYSCEF: 08/29/2017

FILED: KINGS COUNTY CLERK 06/02/2017 11:45 AM

NYSCEF DOC. NO. 4

RECEIVED NYSCEF: 06/02/2017

Form 2 - AFFIDAVIT OF SERVICE

Valerie

P726039

**GOIDEL & SIEGEL LLP**    Farimah Ghaffari
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

IRA BROWN

index No. **508220/2017**

PLAINTIFF

Date Filed

Office No. **NY**

- vs -

Court Date.

XYZ CORP. D/B/A MIDNIGHT FLEET, ETANO

DEFENDANT

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

JACQUELINE WOS being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **26TH** day of **MAY 2017, 11:57AM** at **2600 EMMONS AVENUE**
      **BROOKLYN NY 11235**
I served the **NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING SUPREME COURT CASES, SUMMONS AND COMPLAINT**
upon JEFFREY NAGLER
the DEFENDANT therein named by delivering and leaving a true copy or copies of the aforementioned documents with **"JOHN SMITH" (REFUSE FULL NAME), CO-WORKER**,a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN/GREY**

APP.AGE: 60 APP. HT: 6' APP. WT: 210

OTHER IDENTIFYING FEATURES

On 05/30/2017 I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to**  whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT**  is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
30TH day of MAY, 2017

ADAM J. CALEB
Notary Public, State of New York
No. 01CA6334048
Qualified in ORANGE COUNTY
Commission Expires 12/07/2019

JACQUELINE WOS DCA LIC #2034482
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-GS-726039

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM          INDEX NO. 508226/2017

NYSCEF DOC. NO. 9                                        RECEIVED NYSCEF: 08/29/2017

# EXHIBIT C

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM
NYSCEF DOC. NO. 9

INDEX NO. 508220/2017
RECEIVED NYSCEF: 08/29/2017

# GOIDEL & SIEGEL, LLP

### ATTORNEYS AT LAW
### 56 WEST 45TH STREET, 3RD FLOOR
### NEW YORK, NY 10036

•

### TELEPHONE (212) 840-3737
### FACSIMILE (212) 840-3793

JONATHAN M. GOIDEL
ANDREW B. SIEGEL*

•

Stacy Klozow
Stephen Nappi
Farimah Ghaffari

•

+also admitted in CT

July 7, 2017

**VIA FIRST-CLASS MAIL**
XYZ Corp. d/b/a Midnight Fleet
2600 Emmons Avenue
Brooklyn, New York 11235

Jeffrey Nagler
2600 Emmons Avenue
Brooklyn, New York 11235

Re: Ira Brown v. XYZ Corp. d/b/a Midnnight Fleet, et al
Index No.: 508220/2017

Dear Sir/Madam:

Please be advised that more than thirty days have elapsed since you were served with a Summons and Complaint in the above-referenced action. Despite the foregoing, you have failed and refused to interpose an answer, thus rendering you in default of your obligations.

Please be further advised that a motion to obtain a default judgement against you, pursuant to CPLR 3215, will be filed with the Supreme Court, Kings County if we do not receive an answer on your behalf within twenty (20) days of the date of this letter.

A copy of the Summons and Complaint is enclosed herewith. If you have any questions, please contact the undersigned.

Very truly yours,

GOIDEL & SIEGEL, LLP

Farimah S. Ghaffari, Esq.

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM
NYSCEF DOC. NO. 9

INDEX NO. 508220/2017
RECEIVED NYSCEF: 08/29/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------

IRA BROWN,

Plaintiff,

-against-

XYZ CORP. d/b/a MIDNIGHT FLEET and
JEFFREY NAGLER,

Defendants.

-------------------------------------------------------------

Index No.: *508220/2017*

Date purchased: *4/27/2017*

# SUMMONS

Plaintiff designates
Kings
County as the place of trial

The basis of venue is
Plaintiff's residence

Plaintiff resides at
4373 Bedford Avenue
Brooklyn, New York

To the above-named Defendants:

**YOU ARE HEREBY SUMMONED** to answer, or, if the complaint is not served with this summons, to serve notice of appearance, on the Plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: April 27, 2017

Defendants' address:

XYZ Corp. d/b/a Midnight Fleet
2600 Emmons Avenue
Brooklyn, NY 11235

Jeffrey Nagler
2600 Emmons Avenue
Brooklyn, NY 11235

Farimah S. Ghaffari, Esq.
**GOIDEL & SIEGEL, LLP**
Attorneys for Plaintiff
56 West 45th Street, Third Floor
New York, New York 10036
Tel No.: (212) 840-3737

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM

NYSCEF DOC. NO. 9

RECEIVED NYSCEF: 08/29/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X

IRA BROWN,

Index No.: 508220/2017

                                    Plaintiff,

                                                        **COMPLAINT**

        -against-

XYZ CORP. d/b/a MIDNIGHT FLEET and
JEFFREY NAGLER,

                                    Defendants.

-------------------------------------------------------------------X

Plaintiff, IRA BROWN ("Plaintiff"), by his attorneys, Goidel & Siegel, LLP, for his

complaint against Defendants, XYZ CORP. d/b/a MIDNIGHT FLEET and JEFFREY NAGLER

(hereinafter collectively referred to as the "Defendants"), respectfully alleges as follows:

1.  On August 24, 2016, Plaintiff was a resident of the State of New York, residing at 4373

    Bedford Avenue, Brooklyn, New York.

2.  On August 24, 2016, upon information and belief, XYZ CORP. d/b/a MIDNIGHT

    FLEET was the owner of Captain Midnight, (the "Location") located at 2600 Emmons

    Avenue, Brooklyn, New York.

3.  On August 24, 2016, upon information and belief, JEFFREY NAGLER was the owner

    of Location.

4.  On August 24, 2016, Plaintiff was lawfully inside the Location.

                    **FIRST CAUSE OF ACTION AGAINST DEFENDANTS**

5.  Plaintiff repeats and reiterates the allegations set forth in paragraphs "1" through "4"

    with the same force and effect as if each was fully set forth herein.

6.  On August 24, 2016, while lawfully inside the Location, Plaintiff was caused to fall

    ("the Incident") as a result of a dangerous condition ("the Defect") existing on a

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM
NYSCEF DOC. NO. 9

staircase ("the Staircase") of the Location.

7. The incident occurred solely as a result of the Defect.

8. Defendants were responsible for the care, maintenance, repair, and control of the Location, inclusive of the Staircase.

9. Defendants failed to properly care for, maintain, repair, and control the Location, inclusive of the Staircase.

10. On August 24, 2016, Defendants had prior notice of the Defect.

11. On August 24, 2016, Defendants failed to remedy and/or repair the Defect of which they had prior notice.

12. Defendants' failure to properly and adequately remedy and/or repair the Defect, of which they had prior notice, was negligent.

13. On or before August 24, 2016, Defendants caused and/or created the Defect.

14. On August 24, 2016, Defendants failed to remedy and/or repair the Defect that they caused and/or created.

15. Defendants' failure to properly and adequately remedy and/or repair the Defect they caused and/or created was negligent.

16. As a result of Defendants' negligence, Plaintiff sustained severe, serious and permanent injuries.

17. As a result of the incident caused by Defendants' negligence, without any contributory negligence on the part of Plaintiff, Defendants are liable to Plaintiff in an amount in excess of the jurisdictional limits of all inferior courts plus interest, costs, and disbursements.

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM   INDEX NO. 508220/2017
NYSCEF DOC. NO. 9                                               RECEIVED NYSCEF: 08/29/2017

**WHEREFORE,** Plaintiff demands judgment against Defendants on first cause of action for an amount of damages in excess of the jurisdictional limit of all inferior trial courts of this State, plus interest, costs and disbursements, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
     April 27, 2017

        Yours, etc.,

        GOIDEL & SIEGEL, LLP

        By: Farimah S. Ghaffari, Esq.
        GOIDEL & SIEGEL, LLP
        Attorneys for Plaintiff
        Office and Post Office Address
        56 West 45th Street, 3rd Floor
        New York, New York 10036
        (212) 840-3737

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM
NYSCEF DOC. NO. 9

INDEX NO. 508226/2017
RECEIVED NYSCEF: 08/29/2017

Index No.          Year

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

IRA BROWN,

                                     Plaintiff,

         -against-

XYZ CORP. d/b/a MIDNIGHT FLEET and JEFFREY NAGLER,

                                       Defendants.

---

SUMMONS & COMPLAINT

---

**GOIDEL & SIEGEL, LLP**
Attorney(s) for    **PLAINTIFF**
Office and post Office Address, Telephone
**56 WEST 45th STREET**
**NEW YORK, NEW YORK 10036**
**(212) 840-3737**
**FAX: (212) 840-3793**

---

To
Attorney(s) for

---

Service of copy of the within             is hereby admitted.
Dated,

         Attorney(s) for              .............................

---

      Sir: Please take notice
☐ *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on               19
☐ *NOTICE OF SETTLEMENT*
that an order                 of which the within is s true copy will be presented for
settlement to the HON.                                  one of the judges

of the within named Court, at
on the             day of                          at          M.

Dated,

                              Yours, etc.
                      **GOIDEL & SIEGEL, LLP**
            Attorney(s) for
            Office and post Office Address, Telephone
                  **56 WEST 45th STREET**
To                   **NEW YORK, NEW YORK 10036**
                  **(212) 840-3737**
Attorney(s) for            **FAX: (212) 840-3793**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IRA BROWN

                         Plaintiff/Petitioner,

    -against-                                 Index No. _508220/2017_

XYZ CORP d/b/a MIDNIGHT FLEET, JEFFREY
NAGLER

                          Defendant/Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF COMMENCEMENT OF ACTION SUBJECT
## TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

**Parties represented by an attorney:** An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

**Parties not represented by an attorney: Unrepresented litigants are exempt from efiling. They can serve and file documents in paper form and must be served with documents in paper form.** However, an unrepresented litigant may participate in efiling.

                  EFM-1

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts. gov/efileunrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp. gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646- 386-3033; e-mail: efile@nycourts.gov).

Dated: 04/27/2017

_Shahbazi_

Signature

FARIMAH SHAHBAZI GHAFFARI

Name

Goidel & Siegel, LLP

Firm Name

56 W 45th Street

Address

New York, NY 10036

City, State, and Zip

212-840-3737

Phone

fghaffari@goidelandsiegel.com

E-Mail

To:

9/3/15

Index  #                    Page 2 of 2                    EFM-1

Case 2:18-cv-02727-AMD-SMG Document 11-5 Filed 11/27/18 Page 25 of 32 PageID #: 117

# GOIDEL & SIEGEL, LLP

### ATTORNEYS AT LAW
### 56 WEST 45TH STREET, 3RD FLOOR
### NEW YORK, NY 10036

•

### TELEPHONE (212) 840-3737
### FACSIMILE (212) 840-3793

JONATHAN M. GOIDEL
ANDREW B. SIEGEL*

Stacy Klozow
Stephen Nappi
Farimah Ghaffari

•

+also admitted in CT

August 7, 2017

**VIA FIRST-CLASS MAIL**
XYZ Corp. d/b/a Midnight Fleet
2600 Emmons Avenue
Brooklyn, New York 11235

Jeffrey Nagler
2840 Ocean Parkway, Apt. 1F
Brooklyn, NY 11224

Re: Ira Brown v. XYZ Corp. d/b/a Midnnight Fleet, et al
Index No.: 508220/2017

Dear Sir/Madam:

Please be advised that more than thirty days have elapsed since you were served with a Summons and Complaint in the above-referenced action. Despite the foregoing, you have failed and refused to interpose an answer, thus rendering you in default of your obligations.

Please be further advised that a motion to obtain a default judgement against you, pursuant to CPLR 3215, will be filed with the Supreme Court, Kings County if we do not receive an answer on your behalf within twenty (20) days of the date of this letter.

A copy of the Summons and Complaint is enclosed herewith. If you have any questions, please contact the undersigned.

Very truly yours,

GOIDEL & SIEGEL, LLP

Farimah S. Ghaffari, Esq.

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM

NYSCEF DOC. NO. 9

RECEIVED NYSCEF: 08/29/2017
INDEX NO. 508220/2017

FILED: KINGS COUNTY CLERK 04/27/2017 11:28 AM

NYSCEF DOC. NO. 1

RECEIVED NYSCEF: 04/27/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

IRA BROWN,

                                    Plaintiff,

        -against-

XYZ CORP. d/b/a MIDNIGHT FLEET and
JEFFREY NAGLER,

                                    Defendants.

---

Index No.:

Date purchased:

# SUMMONS

Plaintiff designates
Kings
County as the place of trial

The basis of venue is
Plaintiff's residence

Plaintiff resides at
4373 Bedford Avenue
Brooklyn, New York

To the above-named Defendants:

**YOU ARE HEREBY SUMMONED** to answer, or, if the complaint is not served with this summons, to serve notice of appearance, on the Plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: April 27, 2017

Defendants' address:

XYZ Corp. d/b/a Midnight Fleet
2600 Emmons Avenue
Brooklyn, NY 11235

Jeffrey Nagler
2600 Emmons Avenue
Brooklyn, NY 11235

Farimah S. Ghaffari, Esq.
**GOIDEL & SIEGEL, LLP**
Attorneys for Plaintiff
56 West 45th Street, Third Floor
New York, New York 10036
Tel No.: (212) 840-3737

Case 2:18-cv-02727-AMD-SMG   Document 11-5   Filed 11/27/18   Page 27 of 32 PageID #: 119

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------------X
IRA BROWN,                                                    Index No.:

                                        Plaintiff,

                                                             **COMPLAINT**

        -against-

XYZ CORP. d/b/a MIDNIGHT FLEET and
JEFFREY NAGLER,

                                        Defendants.
--------------------------------------------------------------------X

        Plaintiff, IRA BROWN ("Plaintiff"), by his attorneys, Goidel & Siegel, LLP, for his

complaint against Defendants, XYZ CORP. d/b/a MIDNIGHT FLEET and JEFFREY NAGLER

(hereinafter collectively referred to as the "Defendants"), respectfully alleges as follows:

1.  On August 24, 2016, Plaintiff was a resident of the State of New York, residing at 4373

    Bedford Avenue, Brooklyn, New York.

2.  On August 24, 2016, upon information and belief, XYZ CORP. d/b/a MIDNIGHT

    FLEET was the owner of Captain Midnight, (the "Location") located at 2600 Emmons

    Avenue, Brooklyn, New York.

3.  On August 24, 2016, upon information and belief, JEFFREY NAGLER was the owner

    of Location.

4.  On August 24, 2016, Plaintiff was lawfully inside the Location.

                **FIRST CAUSE OF ACTION AGAINST DEFENDANTS**

5.  Plaintiff repeats and reiterates the allegations set forth in paragraphs "1" through "4"

    with the same force and effect as if each was fully set forth herein.

6.  On August 24, 2016, while lawfully inside the Location, Plaintiff was caused to fall

    ("the Incident") as a result of a dangerous condition ("the Defect") existing on a

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM

NYSCEF DOC. NO. 9

RECEIVED NYSCEF: 08/29/2017
INDEX NO. 508220/2017

FILED: KINGS COUNTY CLERK 04/27/2017 11:28 AM

NYSCEF DOC. NO. 1

INDEX NO. 508220/2017
RECEIVED NYSCEF: 04/27/2017

staircase ("the Staircase") of the Location.

7. The incident occurred solely as a result of the Defect.

8. Defendants were responsible for the care, maintenance, repair, and control of the Location, inclusive of the Staircase.

9. Defendants failed to properly care for, maintain, repair, and control the Location, inclusive of the Staircase.

10. On August 24, 2016, Defendants had prior notice of the Defect.

11. On August 24, 2016, Defendants failed to remedy and/or repair the Defect of which they had prior notice.

12. Defendants' failure to properly and adequately remedy and/or repair the Defect, of which they had prior notice, was negligent.

13. On or before August 24, 2016, Defendants caused and/or created the Defect.

14. On August 24, 2016, Defendants failed to remedy and/or repair the Defect that they caused and/or created.

15. Defendants' failure to properly and adequately remedy and/or repair the Defect they caused and/or created was negligent.

16. As a result of Defendants' negligence, Plaintiff sustained severe, serious and permanent injuries.

17. As a result of the incident caused by Defendants' negligence, without any contributory negligence on the part of Plaintiff, Defendants are liable to Plaintiff in an amount in excess of the jurisdictional limits of all inferior courts plus interest, costs, and disbursements.

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM INDEX NO. 508220/2017

NYSCEF DOC. NO. 9                                                                    RECEIVED NYSCEF: 08/29/2017

                                                                                     INDEX NO. 508220/2017
FILED: KINGS COUNTY CLERK 04/27/2017 11:28 AM

NYSCEF DOC. NO. 1                                                                    RECEIVED NYSCEF: 04/27/2017

**WHEREFORE,** Plaintiff demands judgment against Defendants on first cause of action for an amount of damages in excess of the jurisdictional limit of all inferior trial courts of this State, plus interest, costs and disbursements, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      April 27, 2017

                    Yours, etc.,

                    **GOIDEL & SIEGEL, LLP**

                    By: Farimah S. Ghaffari, Esq.
                    GOIDEL & SIEGEL, LLP
                    Attorneys for Plaintiff
                    Office and Post Office Address
                    56 West 45th Street, 3rd Floor
                    New York, New York 10036
                    (212) 840-3737

FILED: KINGS COUNTY CLERK 08/29/2017 12:15 PM    INDEX NO. 508220/2017
NYSCEF DOC. NO. 9                                RECEIVED NYSCEF: 08/29/2017

FILED: KINGS COUNTY CLERK 04/27/2017 11:28 AM   INDEX NO. 508220/2017
NYSCEF DOC. NO. 1                                RECEIVED NYSCEF: 04/27/2017

Index No.                          Year
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

IRA BROWN,

                                        Plaintiff,

          -against-

XYZ CORP. d/b/a MIDNIGHT FLEET and JEFFREY NAGLER,

                                        Defendants.

SUMMONS & COMPLAINT

**GOIDEL & SIEGEL, LLP**
Attorney(s) for   **PLAINTIFF**
Office and post Office Address, Telephone
**56 WEST 45ᵗʰ STREET
NEW YORK, NEW YORK 10036
(212) 840-3737
FAX: (212) 840-3793**

To
Attorney(s) for

Service of copy of the within                    is hereby admitted.
Dated,
          Attorney(s) for             ...........................

          Sir: Please take notice
□   *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on        19
□   *NOTICE OF SETTLEMENT*
that an order                         of which the within is s true copy will be presented for
settlement to the HON.                                    one of the judges

of the within named Court, at
on the                  day of                    at        M.

Dated,

                      Yours, etc.
                **GOIDEL & SIEGEL, LLP**
          Attorney(s) for
              Office and post Office Address, Telephone
                **56 WEST 45ᵗʰ STREET
                NEW YORK, NEW YORK 10036
                (212) 840-3737
To              FAX: (212) 840-3793**

Attorney(s) for

5 of 5

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**
------------------------------------x

IRA BROWN

Plaintiff/Petitioner,

-against-

Index No. 508220/2017

XYZ CORP d/b/a MIDNIGHT FLEET, JEFFREY NAGLER

Defendant/Respondent.
------------------------------------x

## NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

**Parties represented by an attorney:** An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

**Parties not represented by an attorney: Unrepresented litigants are exempt from efiling. They can serve and file documents in paper form and must be served with documents in paper form.** However, an unrepresented litigant may participate in efiling.

EFM-1

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efileunrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646- 386-3033; e-mail: efile@nycourts.gov).

Dated: 04/27/2017

_____
Signature

FARIMAH SHAHBAZI GHAFFARI
Name

Goldel & Siegel, LLP
Firm Name

56 W 45th Street
Address

New York, NY 10036
City, State, and Zip

212-840-3737
Phone

fghaffari@goidelandsiegel.com
E-Mail

To:
_____
_____
_____

9/3/15

Index #                          Page 2 of 2                          EFM-1